**DISMISS and Opinion Filed December 15, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00670-CV

## CHIQUITA GATSON, Appellant
## V.
## EPIC METRIX INC. WELLS AUTO GROUP, Appellee

**On Appeal from the County Court at Law No. 7**
**Collin County, Texas**
**Trial Court Cause No. 007-00986-2021**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

Appellant's brief in this case is overdue. By postcard dated September 22, 2021, we notified appellant the time for filing her brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file her brief by that time might result in the dismissal of this appeal without further notice. By order dated October 4, 2021, we extended the time to file appellant's brief until October 25, 2021. On October 29, 2021, we again notified appellant her brief was overdue, and thereafter granted appellant's second motion to extend time to file her brief until December 6, 2021. To date, appellant

has not filed a brief, filed a third extension motion, nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/Robert D. Burns, III/

ROBERT D. BURNS, III
CHIEF JUSTICE

210670F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

CHIQUITA GATSON, Appellant

No. 05-21-00670-CV V.

EPIC METRIX INC. WELLS AUTO GROUP, Appellee

On Appeal from the County Court at Law No. 7, Collin County, Texas Trial Court Cause No. 007-00986-2021.

Opinion delivered by Chief Justice Burns. Justices Molberg and Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 15th day of December 2021.